## Emerson v. McNutt.

APPEAL from Birmingham City Court.

Tried before the Hon. W. W. WILKERSON.

JOHN H. MILLER, for appellant.

KENNEDY & HICKMAN, contra.

This was an action on an account, brought by the appellee against the appellant. There was judgment for the plaintiff and defendant appealed. Judgment affirmed.

Opinion by BRICKELL, C. J.

---

## Fincher v. The State.

APPEAL from Mobile City Court.

Tried before the Hon. O. J. SEMMES.

LESLIE B. SHELDON and JABEZ J. PARKER, for appellant.

WM. C. FITTS, Attorney-General, for the State.

The defendant was indicted, tried and convicted for an assault with intent to murder: Judgment affirmed.

Opinion by MCCLELLAN, J.